UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CONFESOR GALVEZ OCASIO<br><br>DEBTOR(S) | CASE NO. 12-01994-BKT<br><br>CHAPTER 13 |

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

  NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

CONFESOR GALVEZ OCASIO
BO GUZMAN ABAJO
SECTOR MOROVIS
BOX 2742
RIO GRANDE, PR  00745

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

  WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0766522 for the amount of $3,442.93.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: November 27, 2017                /s/ José R. Carrión
                                       José R. Carrión, Trustee
                                       PO Box 9023884, Old San Juan
                                       San Juan, PR 00902-3884
                                       Tel. (787) 977-3535

```
                                    12-01994-BKT
                                    CONFESOR GALVEZ OCASIO
```

VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

```
CONFESOR GALVEZ OCASIO              JESUS E BATISTA*
BO GUZMAN ABAJO                     COND MID TOWN PLAZA
SECTOR MOROVIS                      420 MUNOZ RIVERA AVE SUITE 901
BOX 2742                            SAN JUAN, PR  00918
RIO GRANDE, PR  00745

CONFESOR GALVEZ OCASIO
BO GUZMAN ABAJO
SECTOR MOROVIS
BOX 2742
RIO GRANDE, PR  00745
```

In San Juan, Puerto Rico this Monday, November 27, 2017.

_____
Chapter 13 Clerk